Robert W. Freeman, Jr. (Nevada Bar No. 3062)
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS
6385 South Rainbow Boulevard
Suite 600
Las Vegas, NV 89118
Tel: 702.693.1712
Fax: 702.893.3789

M. Scott Incerto (*pro hac vice*)
Adam T. Schramek (*pro hac vice*)
scott.incerto@nortonrosefulbright.com
adam.schramek@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile:  (512) 536-4598

Attorneys for Defendant USAA Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| HUNTER CAIN, individually and on behalf of all those similarly situation,<br><br>        Plaintiff,<br><br>    v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES 1 through 10,<br><br>        Defendants. | Case No.: 2:21-cv-00400-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ADOPTION OF BRIEFING SCHEDULE;  ORDER**<br>**(First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiff Hunter Cain ("Plaintiff") and Defendant USAA Casualty Insurance Company ("Defendant"), by and through their attorneys, agree as follows:

WHEREAS, Plaintiff filed this action in state court on February 23, 2021;

WHEREAS, Defendant removed this action from state court to federal court on March 9, 2021;

WHEREAS, because Defendant was not served with a copy of the summons and complaint prior to removal, pursuant to Rules 4(d) and 81 of the Federal Rules of Civil Procedure, Defendant's responsive pleading is presently due on March 30, 2021;

WHEREAS, Defendant intends to file a Motion to Dismiss the Complaint ("Motion to Dismiss"), and in order to give the parties more time to meet and confer regarding Defendants' proposed pleading, and given the complexity of the issues, the parties seek a mutual extension of the briefing schedule on Defendant's Motion to Dismiss;

WHEREAS, Defendant agrees to waive service of the summons and complaint in connection with the stipulated briefing schedule;

WHEREAS, the proposed modifications to the briefing schedule will not prejudice any party to this action;

WHEREAS, this is the first stipulation for any extension of time in this case.

Accordingly, Plaintiff and Defendant hereby move the Court to grant an order as follows:

1. Defendant's Motion to Dismiss is due on or before May 14, 2021;

2. Plaintiff's Opposition to Defendant's Motion to Dismiss is due on or before June 14, 2021;

3. Defendants' Reply in Support of its Motion to Dismiss is due on or before July 9, 2021.

The parties respectfully request that the Court so order.

Dated: March 29, 2021

Respectfully submitted,

**LEWIS BRISBOIS**

By /s/ Robert Freeman
Robert Freeman

Attorneys for Defendant USAA Casualty Insurance Company

Dated: March 29, 2021

Respectfully submitted,

**MATTHEW L. SHARP, LTD.**

By /s/ Matthew L. Sharp
Matthew L. Sharp

Attorneys for Plaintiff Hunter Cain

IT IS SO ORDERED:

1. Defendant's Motion to Dismiss is due on or before May 14, 2021;

2. Plaintiff's Opposition to Defendant's Motion to Dismiss is due on or before June 14, 2021;

3. Defendants' Reply in Support of its Motion to Dismiss is due on or before July 9, 2021.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE ROBERT F. BOULWARE, II

DATED: March 30, 2021