UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAIN,<br><br>        Plaintiff,<br><br>v.<br><br>USAAA CASUALTY INSURANCE COMPANY *et al.*,<br><br>        Defendants. | **TRANSFER ORDER**<br><br>Case No.: 2:21-cv-00400-RFB-BNW |
| SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY *et al.*,<br><br>       Defendants. | Case No.: 2:21-cv-00487-APG-DJA |
| GARRIDO,<br><br>        Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE *et al.*, | Case No.: 2:21-cv-00440-JCM-BNW |
| GREENFIELD *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY *et al.*,<br><br>       Defendants. | Case No.: 2:21-cv-00571-JAD-DJA |

| | |
|---|---|
| MALONE et al.,<br><br>        Plaintiff,<br><br>v.<br><br>DEPOSITORS INSURANCE COMPANY *et al.*,<br><br>        Defendants. | Case No.: 2:21-cv-00574-APG-VCF |
| EGYPT,<br><br>        Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY *et al.*,<br><br>        Defendants. | Case No.: 2:21-cv-00598-JCM-EJY |
| CANNUSCIO et al.,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 2:21-cv-00613-JAD-BNW |

| | |
|---|---|
| FAGAN., <br>     Plaintiff, <br> v. <br> LIBERTY MUTAL GROUP INC. *et al.*, <br>     Defendants. | Case No.: 2:21-cv-00616-APG-NJK |

  The parties in the above-captioned cases filed a Notice of Related Cases in all eight cases. The presiding District Judges in all actions have individually and collectively determined that these actions are related as they involve allegations relating to Nevada auto insurance policyholders challenging various insurers for failing to charge fair and appropriate insurance premiums and to provide premium reductions during the COVID-19 pandemic. The presiding District Judges further find that there is good cause to transfer these cases to one District Judge and one Magistrate Judge pursuant to Local Rule 42-1(a) and that these transfers will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

/

/

/

/

/

/

/

**IT IS THEREFORE ORDERED** that 2:21-cv-00487-APG-DJA; 2:21-cv-00440-JCM-BNW; 2:21-cv-00571-JAD-DJA; 2-21-cv-00574-APG-VCF; 2:21-cv-00598-JCM-EJY; 2-21-cv-00613-JAD-BNW; and 2:21-cv-00616-APG-NJK are transferred to District Judge Richard F. Boulware, II, and Magistrate Judge Brenda Weksler, who were assigned the earlier case.

**IT IS FURTHER ORDERED** that all documents shall be filed and shall bear the case number with District Judge Richard F. Boulware, II, and Magistrate Judge Brenda Weksler as assigned judges.

DATED: May 20, 2021.

_____
**RICHARD F. BOULWARE, II**
United States District Judge

_____
**JENNIFER A. DORSEY**
United States District Judge

_____
**ANDREW P. GORDON**
United States District Judge

_____
**JAMES C. MAHAN**
United States District Judge